

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2014

No. 04-13-00293-CV

**IN THE INTEREST OF N.J.D**. A Child,

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. FL-11-356
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

      The court has considered the Appellant's Motion for Rehearing and Rehearing En Banc, and the motions are DENIED.

_____
Rebeca C. Martinez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court